UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAWNTRELL NORINGTON, )<br>)<br>Petitioner, )<br>v.                                                      )<br>)<br>STANLEY KNIGHT,                         )<br>)<br>Respondent.         ) | No. 1:06-CV-823-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/30/2007

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Shawntrell Marcel Norington
DOC #138726
Indiana State Prison
P.O. Box 41
Michigan City, IN 46360

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov